NORTHERN CHIEF IRON COMPANY, Respondent, vs. TOWN OF VAUGHN and another, Appellants.

*May 24—June 21, 1916.*

*Gertz v. Vaughn, ante,* p. 557, followed.

APPEAL from a judgment of the circuit court for Iron county: G. N. RISJORD, Circuit Judge. *Affirmed.*

The briefs in the case of *Gertz v. Vaughn, ante,* p. 557, were by stipulation used in this case, and there were additional briefs on the question of estoppel:

*A. L. Ruggles,* attorney, and *Wm. F. Shea,* of counsel, for the appellants.

For the respondent there was a brief by *Lamoreux & Cate,* and oral argument by *Geo. C. Fosler* and *C. A. Lamoreux.*

ROSENBERRY, J. The issues in this case are the same as those in *Gertz v. Vaughn, ante,* p. 557, 158 N. W. 298, and this case is controlled by the decision in that case, and the mandate will therefore be the same.

*By the Court.*—Judgment affirmed.